# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TIMOTHY H. LEWIS,

                Plaintiff,

                  v.

GEIGER CORRECTIONS CENTER,
DR. CHRIS KENNEDY, DEPUTY MACKEY,
DEPUTY JEFFREY HARREL, MEDICAL DEPT
EMPLOYEE SHARON AND SGT ANTHONY
SCARNO,              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-110-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Voluntarily Dismiss Complaint is GRANTED. Complaint is DISMISSED WITHOUT PREJUDICE.

6/12/09
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante